A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Jan 22, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**Jan 07, 2010**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: STAND 'N SEAL PRODUCTS LIABILITY
LITIGATION

MDL No. 1804

**FILED IN CLERK'S OFFICE**
U.S.D.C. Atlanta

(SEE ATTACHED SCHEDULE)

**JAN 22 2010**

**CONDITIONAL REMAND ORDER**

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions on this conditional remand order have been completed and that remand to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions on this conditional remand order be remanded to their respective transferor courts.

IT IS ALSO ORDERED that, pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001) (Rules), the transmittal of this order to the transferee clerk for filing shall be stayed 14 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Northern District of Georgia.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), the parties shall furnish the Clerk for the Northern District of Georgia with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Jan 22, 2010**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

**FILED**
United States District Court
Denver, Colorado

**January 27, 2010**

GREGORY C. LANGHAM, CLERK
by s/Sandra Hartmann, Deputy Clerk

**ATTEST: A TRUE COPY
CERTIFIED THIS**

JAN 22 2010

James N. Hatten, Clerk
By: _____
Deputy Clerk

IN RE: STAND 'N SEAL PRODUCTS LIABILITY
LITIGATION

MDL No. 1804

## SCHEDULE FOR CONDITIONAL REMAND ORDER

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| **DIST.** | **DIV.** | **C.A. NO.** | **DIST.** | **DIV.** | **C.A. NO.** | **CASE CAPTION** |
| GAN | 1 | 07-341 | ARW | 4 | 06-4073 | Vaneasia Willard v. Roanoke Companies Group, Inc., et al. |
| GAN | 1 | 07-1225 | CAC | 8 | 07-384 | Michael Holland, et al. v. Roanoke Companies Group, Inc., et al. |
| GAN | 1 | 07-136 | CO | 1 | 06-1485 | Erika Wong v. Roanoke Companies Group, Inc., et al. |
| GAN | 1 | 07-742 | CO | 1 | 07-358 | Robert Balaty, et al. v. Roanoke Companies Group, Inc., et al. |
| GAN | 1 | 07-2324 | CO | 1 | 07-1738 | Jacqueline Birdsall v. Roanoke Companies Group, Inc., et al. |
| GAN | 1 | 07-2325 | CO | 1 | 07-1740 | Dorothy Paszak v. Roanoke Companies Group, Inc., et al. |
| GAN | 1 | 07-2435 | CO | 1 | 07-1803 | Sandie Himmelman, et al. v. Roanoke Companies Group, Inc., et al. |
| GAN | 1 | 07-350 | FLM | 6 | 06-1662 | Daniel Delpha, et al. v. Home Depot U.S.A., Inc., et al. |
| GAN | 1 | 07-1039 | FLS | 0 | 07-60286 | Jennifer Agnew, et al. v. Roanoke Companies Group, Inc., et al. |
| GAN | 1 | 08-2062 | ILN | 1 | 08-2483 | Dennis Custy, et al. v. Roanoke Companies Group, Inc., et al. |
| GAN | 1 | 08-141 | MIE | 2 | 07-15190 | Richard Bergman, et al. v. Roanoke Companies Group, Inc., et al. |
| GAN | 1 | 08-2305 | MOW | 4 | 08-399 | Miles Carpenter, et al. v. Home Depot U.S.A., Inc., et al. |
| GAN | 1 | 07-1158 | MSS | 3 | 07-159 | Donna Bowen, et al. v. Roanoke Companies Group, Inc., et al. |
| GAN | 1 | 07-1159 | NM | 1 | 07-288 | Eugene Powell, et al. v. Roanoke Companies Group, Inc., et al. |
| GAN | 1 | 07-1037 | NV | 2 | 07-344 | Sandra Bobadilla, et al. v. Roanoke Companies Group, Inc., et al. |
| GAN | 1 | 08-1389 | NV | 2 | 08-229 | Sheilah Williams, et al. v. Roanoke Companies Group, Inc., et al. |

**MDL No. 1804 - Schedule CRO (Continued)**

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
| DIST. | DIV. | C.A. NO. | DIST. | DIV. | C.A. NO. | CASE CAPTION |
| --- | --- | --- | --- | --- | --- | --- |
| GAN | 1 | 07-229 | NYE | 2 | 06-3213 | Christopher Szczepanski, et al. v. Roanoke Companies Group, Inc., et al. |
| GAN | 1 | 07-1160 | NYS | 1 | 07-2375 | Byron Daley, et al. v. Roanoke Companies Group, Inc., et al. |
| GAN | 1 | 07-1161 | TXE | 1 | 07-165 | Judy Brooks, et al. v. Roanoke Companies Group, Inc., et al. |
| GAN | 1 | 07-1038 | TXN | 3 | 07-466 | Vicki Carson, et al. v. Roanoke Companies Group, Inc., et al. |
| GAN | 1 | 07-1036 | TXS | 4 | 07-673 | Christopher Arceneaux, et al. v. Roanoke Companies Group, Inc., et al. |
| GAN | 1 | 07-187 | TXW | 5 | 05-1013 | Katherine Stolte v. Roanoke Companies Group, Inc., et al. |
| GAN | 1 | 07-188 | TXW | 5 | 06-643 | Julia C. Lilley v. Roanoke Companies Group, Inc., et al. |

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| | | | |
|---|---|---|---|
| **CHAIRMAN:**<br>John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | **MEMBERS:**<br>Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana<br><br>Kathryn H. Vratil<br>United States District Court<br>District of Kansas<br><br>David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas<br><br>Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California<br><br>David G. Trager<br>United States District Court<br>Eastern District of New York | **DIRECT REPLY TO:**<br>Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002<br><br>Telephone: [202] 502-2800<br>Fax:       [202] 502-2888<br>http://www.jpml.uscourts.gov |

January 22, 2010

James N. Hatten, Clerk
2217 Richard B. Russell Federal Building
 & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Re: MDL No. 1804 -- IN RE: Stand 'n Seal Products Liability Litigation

(See Attached CRO and Schedule of Actions)

Dear Mr. Hatten:

Attached as a PDF document is a certified copy of a conditional remand order filed by the Panel in the above-captioned matter on January 7, 2010. The order was entered pursuant to 28 U.S.C. § 1407(a) which provides that "[E]ach action so transferred by the Panel shall be remanded by the Panel at or before the conclusion of such pretrial proceedings to the district from which it was transferred...."

Please note that transmittal of the order was stayed 14 days to give any party an opportunity to oppose the remand. The 14-day period has now elapsed, no opposition has been received, and the order is directed to you for filing.

Pursuant to Rule 7.6(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 438 (2001), parties are to furnish you with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleading or other matter filed to enable you to comply with the remand order.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Tarrell L. Littleton
Deputy Clerk

Attachment (Conditional Remand Order is a Separate Document)

cc:   Transferee Judge:   Judge Thomas W. Thrash, Jr.

JPML Form 41A