IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01738-WYD-MJW

**JACQUELINE BIRDSALL**,

    Plaintiff,

v.

ROANOKE COMPANIES GROUP, INC., now knows as BRTT, INC.;
ROANOKE COMPANIES, INC., Individually and as Successor in Interest to ROANOKE COMPANIES GROUP, INC.;
HOME DEPOT, U.S.A, INC.;
SLR, INC.;
AEROFIL TECHNOLOGY, INC.;
**INNOVATIVE CHEMICAL TECHNOLOGIES, INC**.; and
ORTEC, INC.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on Plaintiff Jacqueline Birdsall and Defendant Innovative Chemical Technologies, Inc.'s Stipulated motion for Dismissal With Prejudice (ECF No. 43), filed July 21, 2010. After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a), the stipulated motion should be granted and Plaintiff's claims against Defendant Innovative Chemical Technologies, Inc. should be dismissed with prejudice. Accordingly, it is

ORDERED that Plaintiff Jacqueline Birdsall and Defendant Innovative Chemical Technologies, Inc.'s Stipulated motion for Dismissal With Prejudice (ECF No. 43) is **GRANTED.** In accordance therewith, Plaintiff's claims against

Defendant Innovative Chemical Technologies, Inc. are **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

Dated: July 22, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge