IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01738-WYD-MEH
    Related to Civil Action No. 06-cv-01485-WYD-MEH

JACQUELINE BIRDSALL,

    Plaintiff,

v.

ROANOKE COMPANIES GROUP, INC., *et al.*

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 27, 2010.**

    Plaintiff Birdsall's Motion to Amend Complaint [filed July 19, 2010; docket #40] is **granted**. According to Fed. R. Civ. P. 15(a), the Court should freely give leave to amend "when justice so requires." This motion is unopposed and is timely filed. (*See* docket #47; docket #34 at 49 (Sched. Ord.).) The Court finds justice so requires granting leave to amend and directs the Clerk of Court to enter the Amended Complaint for Damages located at docket #40-2.