IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01738-WYD-MJW

JACQUELINE BIRDSALL,

    Plaintiff,

v.

ROANOKE COMPANIES GROUP, INC., now knows as BRTT, INC.;
ROANOKE COMPANIES, INC., Individually and as Successor in Interest to ROANOKE COMPANIES GROUP, INC.;
HOME DEPOT, U.S.A, INC.; and
AEROFIL TECHNOLOGY, INC.;

    Defendants.

---

## ORDER

---

THIS MATTER comes before the Court on Defendants' Innovative Chemical Technologies, Inc., and Ortec, Inc.'s Stipulated Motion for Dismissal with Prejudice (ECF No. 81), and the Court, having reviewed the same and being fully advised in the premises, hereby **ORDERS said MOTION is GRANTED**.

Defendant Ortec's cross-claims against Defendant Innovative Chemical Technologies, Inc., are hereby dismissed with prejudice, with each party to bear its own costs and fees.

Dated: October 4, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge