IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01738-WYD-MEH

JACQUELINE BIRDSALL,

    Plaintiff,

v.

ROANOKE COMPANIES GROUP, INC., now known as BRTT, INC.,
ROANOKE COMPANIES GROUP, INC., individually and as Successor in Interest to,
ROANOKE COMPANIES GROUP, INC., now known as BRTT, INC.,
HOME DEPOT U.S.A., INC.,
AEROFIL TECHNOLOGY, INC.,

    Defendants.

ROANOKE COMPANIES GROUP, INC., now known as BRTT, INC.,
ROANOKE COMPANIES GROUP, INC., individually and as Successor in Interest to,
ROANOKE COMPANIES GROUP, INC., now known as BRTT, INC.,

    Cross-Plaintiff,

v.

SLR, INC.

    Cross-Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 17, 2011.**

    The unopposed Amended Motion for SLR, Inc., its Representatives and Counsel to be Excused from the Settlement Conference [filed February 17, 2011; docket #115] is **granted**. SLR, Inc., its representatives and its counsel are excused from attending the continued settlement conference set for February 24, 2011.