IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.**   07-cv-01738-WYD-MEH          **FTR – Courtroom C203**
**Date:**   February 18, 2011                                       Cathy Coomes, Courtroom Deputy

JACQUELINE BIRDSALL,                                         Michael A. Patrick

      Plaintiff,

v.

ROANOKE COMPANIES GROUP, INC.,                Michael P. Turiello
HOME DEPOT, U.S.A., INC.,                                    Seslee S. Mattson
SLR, INC., and
AEROFIL TECHNOLOGY, INC.,
INNOVATIVE CHEMICAL TECHNOLOGIES, INC., and
ORTEC, INC.,

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**   **10:35 a.m.**

The Court calls case. Appearances of counsel. The Court gives opening remarks.

Argument and discussion regarding Plaintiff's Motion to Extend Certain Expert Disclosure Progression Dates, for Determination of Expert Status of Cecile Rose, M.D., and for Clarification of the Application of New Amendments to Rule 26 (Doc. #97, filed 1/14/11) and Defendants Roanoke Companies Group, Inc., Home Depot U.S.A., Inc, and Aerofil Technology, Inc.'s Motion to Compel Plaintiff to Supplement Disclosures and Plaintiff Profile Form (Doc. #96, filed 1/7/11).

**ORDERED:**   1.   Plaintiff's Motion to Extend Certain Expert Disclosure Progression Dates, for Determination of Expert Status of Cecile Rose, M.D., and for Clarification of the Application of New Amendments to Rule 26 (Doc. #97, filed 1/14/11) is GRANTED in part and DENIED in part as stated on the record. Accordingly, the following deadlines are extended:

- Plaintiff's Rule 26(a)(2)(C) disclosures as to Dr. Rose, Colorado Consumer Protection Act and supplementation for recall claims: **May 30, 2011**
- Defendants' Rule 26(a)(2)(C) disclosures:   **June 15, 2011**
- Discovery cutoff:   **August 15, 2011**
- Dispositive Motions:  **September 15, 2011**

2. Defendants Roanoke Companies Group, Inc., Home Depot U.S.A., Inc, and Aerofil Technology, Inc.'s Motion to Compel Plaintiff to Supplement Disclosures and Plaintiff Profile Form (Doc. #96, filed 1/7/11) is GRANTED in part and DENIED in part as stated on the record as follows:

- Plaintiff shall supplement her Plaintiff Profile Form on or before **March 11, 2011**.
- Counsel shall meet and confer on or before **March 4, 2011**, regarding Plaintiff's deposition requests.
- Defendants shall submit supplemental interrogatories to Plaintiff regarding Plaintiff's claimed mental/emotional damages, and Plaintiff shall respond to the interrogatories on or before **March 11, 2011**.
- Plaintiff shall provide documentation regarding her current and future medications and treatment on or before **March 11, 2011.**
- Plaintiff shall provide all wage information requested by Defendants on or before **March 11, 2011**.

**Court in recess:**   **12:24 p.m.**   (Hearing concluded)
Total time in court:   1:49