IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01738-WYD-MJW

**JACQUELINE BIRDSALL**,

    Plaintiff,

v.

**ROANOKE COMPANIES GROUP, INC., now knows as BRTT, INC.;**
**ROANOKE COMPANIES, INC., Individually and as Successor in Interest to**
**ROANOKE COMPANIES GROUP, INC.;**
**HOME DEPOT, U.S.A, INC.;**
AEROFIL TECHNOLOGY, INC.; and

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Stipulation for Dismissal with Prejudice of Plaintiff Jacqueline Birdsall and Defendants Roanoke Companies Group, Inc., n/k/a BRTT, Inc.; Roanoke Companies Group, Inc., Individually and as Successor in Interest to Roanoke Companies Group, Inc.; and Home Depot U.S.A., Inc. (ECF No. 126), filed June 23, 2011.  After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a), the stipulation should be approved and Plaintiff's claims against Defendants Roanoke Companies Group, Inc., n/k/a BRTT, Inc.; Roanoke Companies Group, Inc., Individually and as Successor in Interest to Roanoke Companies Group, Inc.; and Home Depot U.S.A., Inc. should be dismissed with prejudice.  Accordingly, it is

ORDERED that the Stipulation for Dismissal with Prejudice of Plaintiff Jacqueline Birdsall and Defendants Roanoke Companies Group, Inc., n/k/a BRTT, Inc.; Roanoke

Companies Group, Inc., Individually and as Successor in Interest to Roanoke Companies Group, Inc.; and Home Depot U.S.A., Inc. (ECF No. 126) is **APPROVED.** In accordance therewith, Plaintiff's claims against Defendants Roanoke Companies Group, Inc., n/k/a BRTT, Inc.; Roanoke Companies Group, Inc., Individually and as Successor in Interest to Roanoke Companies Group, Inc.; and Home Depot U.S.A., Inc. are **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

Dated: June 24, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge