IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01738-WYD-MJW

JACQUELINE BIRDSALL,

    Plaintiff,

v.

AEROFIL TECHNOLOGY, INC.;

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Stipulation and Consent Order of Dismissal with Prejudice of Aerofil Technology, Inc. (ECF No. 129), filed August 17, 2011.  After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a), the stipulation should be approved and Plaintiff's claims against Defendant Aerofil Technology, Inc. should be dismissed with prejudice.  Accordingly, it is

ORDERED that the Stipulation and Consent Order of Dismissal with Prejudice of Aerofil Technology, Inc. (ECF No. 129) is **APPROVED.**  In accordance therewith, Plaintiff's claims against Defendant Aerofil Technology, Inc. are **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.  This matter is hereby **DISMISSED.**

Dated: August 18, 2011

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge